# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN,<br><br>                    Plaintiff,<br><br>    v.<br><br>BALWANTSINH D. THAKOR, LATABEN B. THAKOR, DILIPKUMAR R. PATEL, JAYABEN PATEL, dba HOWARD JOHNSON EXPRESS INN and BUDGET INN, and DOES ONE to FIFTY, inclusive,<br><br>                    Defendants. | Case No. C–04-3060 VRW<br><br>ORDER |

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1.   The action <u>HOHLBEIN v THAKOR, et al.</u>**,** Case Number C-04-3060 VRW , is dismissed with prejudice with each party to bear his or its own attorneys' fees and costs.

Dated: _____    _____
                                        VAUGHN R. WALKER
                                        UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — Judge Vaughn R Walker]*